
# INFORMATION SHEET

FILED
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

2012 NOV 15 PM 12: 03

U.S. DISTRICT COURT
EASTERN DISTRICT

1. Title of Case: United States v. Nafis
2. Related Magistrate Docket Number(s): 12-M-965

3. Arrest Date:
4. Nature of offense(s):   X   Felony
                           ☐   Misdemeanor

CR 12 - 720

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): _____

AMON, CH.J.

6. Projected Length of Trial:   Less than 6 weeks   ( X )
                                More than 6 weeks   ( )

ORENSTEIN, M.J.

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ( ) Yes   ( X ) No

9. Has this indictment/information been ordered sealed?   ( ) Yes   ( X ) No

10. Have arrest warrants been ordered?   ( ) Yes   ( X ) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
James P. Loonam
Assistant U.S. Attorney
718-254-7520

Rev. 10/01/12

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.