UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,                     NOT FOR PUBLICATION
                                              **ORDER**
    -against-                                 12-cr-720 (CBA)

QUAZI MOHAMMAD REZWANUL AHSAN NAFIS,
            Defendant.
-------------------------------------------------------------------X

**AMON, Chief United States District Judge**.

The Court received the attached letter requesting that certain documents filed under seal in this case be made public. Parties are to respond to this application by 5:00 p.m. on Thursday, August 8, 2013. If the parties agree that in response to this request, certain sealed documents or portions thereof may be made public, they should resubmit those documents on ECF as soon as practicable.

SO ORDERED.

Dated: Brooklyn, N.Y.
       August 7, 2013

                                              /s/
                                              Carol Bagley Amon
                                              Chief United States District Judge