The Honorable Carol Bagley Amon
"Judge" Federal Court of New York
Federal Court of New York
U S A

Dear Judge,

I am, Quazi Mohammad Ahsunullah, father of my only son, Quazi Mohammad Rezwanul Ahsan Nafis. I am a retired banker. I devoted my whole life for the betterment of my son.

It is to be great regret that my son is in jail and under trial in your court as he is accused of a great offence. He is my only son. I worked hard for his betterment. Nafis was born in 1991.He grew up with my great love and affection. I was a banker. I had to keep myself busy outside from morning to night. That's why, in my absence, my wife Rokeya Siddiqui looked after of my children and took care of them. She always accompanied Nafis to his school from play group to college level. I always wanted that, my son will be the best boy and an idol for others. He will take care of my family in my absence. I always tried to fulfill my son's demand, even if that was beyond my level. How much I love him, I can't express my feelings in words. Now whenever I remember of my son that he is in jail, I can't control my tears. It seems to me that, I am a father of great sorrow. Only the Almighty will know, when our sorrow will end, and that's also known by you, the honorable Judge.

I am 63 years old now. Almighty knows how long I will stay in this earth. I want to have my son in my arms before any bad thing happens to me. I earnestly request you from deep inside of my heart, please help my son and forgive him. Mercy is the greatest gift of the mankind from the Almighty. You are a great and honorable person and you have the power of mercy by which, you may forgive my son from which he is accused of.

At the end, I want and request you to consider the old age of mine. I want to have my son come back to me in this beautiful earth. Please forgive my son.

Yours sincerely,

Quazi Mohammad Ahsanullah

Father of Quazi Mohammad Rezwanul Ahsan Nafis

The Honorable Carol Bagley Amon
"Judge" Federal Court of New York
Federal Court of New York
U S A

Dear Judge,

I, Dr. Fariel Bilkis, am elder sister of Quazi Mohammad Rezwanul Ahsan Nafis. I have passed my MBBS in 2010, and now working as a general practitioner .Nafis is my only brother.

We, all the family members of Nafis, have known that he has committed a very serious crime. But I have to write this letter pleading mercy from this Honorable Court for my little brother, Nafis.

As I am 4 years senior from Nafis, I have tried to guide him in every aspect of life. In his childhood I was his only friend. We played along, fought and share everything with each other. I love him so much. I was a little bit introvert type of person, but he understood me very well. Even after few years of my hostel life in medical college, we were very much close. We didn't talk much over phone, but we felt for each other. As I had to stay in hostel for my study, that time period, he was the only concern of my parents. They worked harder for him for his better education and study. They sent him to USA with all of their savings and hoped that Nafis would become the boy what they dreamt of. I have got married in the last year May,2012. Nafis couldn't come to my wedding because of his semester exams in Missouri State University. In that time I missed him in every occasion so much and prayed to the Almighty that he would come back to me as soon as possible. But now the fact is so much painful that only the Almighty knows when my little brother will come back to me. Everyday we all are praying to Allah that, please help us from this unwanted situation as early as possible.

Nafis has a little idea around the world of him. He is very gentle and religious person. He kept busy himself by playing computer games, listening to music and prayed his prayer regularly. When we heard of his arrest by FBI, we couldn't believe that. Now he is passing his days in Brooklyn MDC and waiting for your justice from your court. As he is only 21 years old and rest of his life is ahead of him, my earnest request to you is, please forgive him. Please give my brother a chance to live his life in a good way. We all are waiting eagerly for Nafis when he would come back in Bangladesh. Please Judge; consider our feelings before giving the sentence of my brother. You are the only one who can help my little brother in this situation. May Allah help you.

Yours sincerely,

A helpless sister,

*Fariel Bilkis*

Dr. Fariel Bilkis

The Honorable Carol Bagley Amon

"Judge" Federal Court of New York

Federal Court of New York

U S A

Dear Judge,

With due respect to you and to your country, I want to request you about my brother–in-law Quazi Mohammad Rezwanul Ahsan Nafis. I know he did wrong in your country but everything I want to request you to consider about his age and his past history. I know him from his childhood. From his childhood he was very innocent boy. Being unconcious mind he took this kind of steps and now he realised about his wrong steps and also realised what could be happened. Without this job he is a good and innocent boy. We are very greatful to you and to your Government for allowing him to his study and doing job. We can feel about the support of your Government did to him. I know you are kind enough and the history of your country is very peace and kind.

So, I beg to you before taking any decision please consider his present feelings and past history from the soft corner of your heart. Please before giving a decision also please think about his old parents. With respect and honor to you and to your country T am requesting you Please pardon him.

With kindest regards

Rebeca

Rebeca

Sister – in – law of Nafis

The Honorable Carol Bagley Amon
"Judge" Federal Court of New York
Federal Court of New York
U S A

Dear Judge,

I, Ashfak Nabid Bhuiyan, have born in 1991. I am in a University; name East West University in Electrical and Telecommunication Engineering. I have only one more semester left to complete my engineering.

Quazi Mohammad Rezwanul Ahsan Nafis is my cousin. We were very close to each other. We grow up together. We are not just cousins but very good friends as he just a few months younger than me. We played, fought, laugh and even cried together. We have many unspeakable secretes. The explanation of Nafis to me, in a short is "fool". He already cost a lot for his foolishness.

Going to the U.S.A is a great opportunity which Nafis got. But what we heard was very shocking. This is really impossible for us all to believe as we know Nafis is very kind, honest, loyal and religious.

With due respect to the law and order of the U.S.A and to you as a judge of this great nation my request to you is that Nafis is not properly matured yet to have this punishment. I believe that you will think about it and forgive him from accused..

Ashfak

Nafis's cousin
Ashfak Nabid Bhuiyan

The Honourable Carol Bagley Amon
"Judge" Federal Court of New York
Federal Court of New York

U S A

Dear Judge,

I, myself Md. Al Mamun Sarker, am living in ███████████████████████. I am working as an accountant in a private company. Quazi Mohammad Rezwanul Ahsan Nafis is my cousin brother-in-law. I am 28 years old.

I know Quazi Mohammad Rezwanul Ahsan Nafis from my childhood because, we were neighbour. As I know him, he was a very gentle boy and was a very good student. We went to same school (Motijheel Ideal High School) which is a reputed school of Bangladesh. Suddenly I have heard that he committed a serious crime in U.S.A, during the time of his higher studies there. I cannot believe that he can be engaged in such a crime. In our local area he is known as a gentle person. In S.S.C. (Secondary School Certificate) and H.S.C (Higher Secondary School) he scores briliant result. He always had a good company and used to go to mosque for prayer.

Now he is in trial under your court. My humble requests to you please show him the mercy for his future life and help him so that he may lead a peaceful life .

With many thanks,

Md. Al Mamun Sarker Rony.

███████████████ i,

███████████████ )

The Honorable Carol Bagley Amon

"Judge" Federal Court of New York

Federal Court of New York

USA

Dear Judge,

I am Kamrul Hasan Rony . I am a businessman. Quazi Mohammad Rezwanul Ahsan Nafis was my neighbour and also my friend Sharif Akunjee's younger maternal cousin.

From his very childhood I used to know him as a polite and simple boy. I used to enjoy his company very much. He was friendly and very much courteous towards everyone. He was always gentle with his behavior towards all. He used to chat with me. While he used to come from his University and we used to share a lot. His capacity to speak and deliver fluency in English was something special about him. Which I used to like about him and enjoy. He also was a very god student and I always have wanted him to go further in his education. As far as I know I never saw him fighting with anyone nor is hurting somebody.That why he had a very good reputation in our local area in Bangladesh. In fact I never saw him disputing about anything with anybody. When I heard the news about Nafis in the Television I was really shocked and it took me as a surprised. It was very heart for me to believe what I saw and heard of him as he was being accused of a crime to such an extent.

However, I heart that he agreed about the accusation made against him and I feel very sorry for him.

Moreover, Justice demands punishment for any crime. As I have heart that the verdict of his case will be held soon. Therefore I plea and ask the Honorable Judge to make a judgment about him considering his young age, old parents, his previous record and history which tells a lot about him.


Yours Sincerely,

3/07/13

Kamrul Hasan Rony

The Honorable Carol Bagley Amon
"Judge" Federal Court of New York
Federal Court of New York

U S A

Dear Judge,

This is Mrs. Hosna Begum. Nafis is one of my nephew. The things that remember is the fact. Nafis was very polite and abstained from all types of evil deeds. He was very good guy with moral behavior. As far as I know, he had an excellent student. For receiving higher education, he went to USA that is rarely found in Bangladesh.

However, it was a very sad for me to hear what I heard about him that he was accused of being involved in a terrorist activity and I could not believe about how could that possible be. It is difficult for me as it is for all of us who knew Nafis.

Dear Honorable Judge, I request, therefore, Please a good look at his past and his future to come and forgive him from the accused and give verdict that will make him a better person and also we want to see him back in our country, see him live among us.

Yours sincerely,

Mrs. Hosna Begum

The Honorable Carol Bagley Amon

"Judge" Federal Court of New York

Federal Court of New York

U S A

Dear Judge,

I , Abu Naser Bhuiyan, am maternal Uncle of Quazi Mohammad Rezwanul Ahsan Nafis. During the period of 1981 – 1984 I was working in Kingdom of Saudi Arabia unde███████████████ ▓". From where I find some American great officers as a) Mr███████ b) Mr.███████ c) Mr███████ d) Mr. ███████ f) ███████. I was the secretary of Mr.████. He was the General Manager, Admn & Finance of that company. During that period I become understand why the Americans are great. Now I am 60 years old. I do not know they are still alive ▓▓ not. But I remember Mr. ████ honesty, bravery and kindness. My respect was on him like a father.

Nafis like my "son" is now under trail in your court. In your knowledge he is accused of terrorism . But I am begging to you for forgive and releasing of Nafis from jail. First time during the working time with Mr. ████ I often do the mistake. But Mr.████ the great man forgive me and advise how to do the work. Finally he told me Naser I need a go▓ like you. I hope if you forgive or release him , later you will understand how good boy he is. Nafis is staying some months in jail. He must understand what wrong he has done. When he was with us , how good boy he is. But now he is a criminal which we find from TV & Newspaper.

The Honorable Judge, Please forgive him from the accused and send him back to us. Now we are also regretting about him. Already we lost everything for his mistake. If you give him chance and forgive him we will take care and responsibility to make him good like he was.

We are long away from you. But personally I remember Mr. ████, the great man, who love me very much. I also believe you will also love "Nafis" when you become know about "Nafis" coming better life.

The Honorable Judge consider the age of Nafis and the age of parents and long absence from family, Please forgive him from accused and come back to us.

Yours truly

Abu Naser Bhuiyan