# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
Executive Director and
Attorney-in-Chief

*Eastern District*
Peter Kirchheimer
Attorney-in-Charge

August 8, 2013

The Honorable Carol Bagley Amon
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

RE:    **United States v. Quazi Mohammad Rezwanul Ahsan Nafis, 12-CR-720 (CBA)**

Your Honor:

Please find enclosed an unredacted and legible copy of the letter from Mr. Nafis' mother, Mrs. Rokeya Siddiqui.

Thank you for your attention.

Respectfully submitted,
*/s/ Heidi C. Cesare, Esq.*
Assistant Federal Defender
718-330-1257

enc.
cc:    Clerk of the court (by ECF)
James Patrick Loonam, Esq., AUSA
Richard M. Tucker, Esq., AUSA
Michael Dorra, Senior USPO
Quazi Nafis

Page 1 of  1