The  Honorable Carol Bagley Amon
"Judge" Federal Court of New York
Federal Court of New York
U S A,


I, Rokeya Siddiqui, am the mother of my only son, Quazi Mohammad Rezwanul Ahsan Nafis. I have obtained Masters of Science in Psychology and also obtained Bachelor of Education. Though I have obtained highest degree from the university, I spent my whole life for my kids for their better education and humanity.

It is with much sorrow that I have to write this letter pleading mercy from this Honorable Court for my son, Nafis. I know that my son has done much wrong and he nor his family deny that. He is now in trial under your court. I can't explain to you that how much I love him. He is my dream and my future. Everything that he wanted from me, I tried to fulfill that by any means. I have nor chard him for 21 years from the day he was born. He was the greatest gift for me from the Almighty. I always accompany him from Playgroup to college level. I always tried to take care of him to become the best boy. He was never in touch with any evil company. In our locality, Nafis is known as an honest and a good boy. Now suddenly people are saying my son is accused of terrorism. It was very difficult for me to handle in that situation .Now I always worry for him. I can not sleep at night and cry all the day in my prayer for my son. I am counting the days when my son will come back. But alas! He is passing the days in Brooklyn jail.

Nafis went to U.S.A. to get higher education and a better future for him and his family. I had talked with him everyday since he went to U.S.A. But we didn't have a hint of idea about the fact he was accused of.

Nafis had stammer in his childhood. It  was acute when he was 6 to 7 years old. It continued for quite a long time. He could not speak fluently. The problem didn't resolve completely . Even now when he is excited or agitated he faces difficulty in speaking.  When he is excited he can't  speak his mother language "Bangla" fluently. He was teased by his friends and relatives a lot. Nafis became an introvert boy as he didn't feel very comfortable with his relatives and friends. He didn't have that many friends those days. We were concerned with the problem and consulted.

Nafis is just a kid. He doesn't have any idea around the world.  He is a boy who spent his maximum time in playing games. I had to tell him repeatedly to study, to take his meals and to take his prayer. Nafis loved to eat. Specially some of my recipe he loved very much. Now whenever I cook them I couldn't help my tears. I cook them for others, but the one who loved those most, Nafis, couldn't be able to taste that. My Allah knows better when I could feed my son by my own.

Dear judge, I am a helpless mother who want her son come back to her but can't do anything alone. I need your help to forgive my son from what he accused of. You are the honorable Judge of the court and you are always kind to all. You can do the best solution of my child and you are the only person who can help him.

Please forgive my son.

Yours sincerely,


Rokeya  Siddiqui

Mother of Quazi Mohammad Rezwanul Ahsan Nafis