UNITED STATES DISTRICT COURT
EASTERN DISTRIT OF NEY YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
NOV 12 2020
BROOKLYN OFFICE

RECEIVED
NOV 12 2020
PRO SE OFFICE

QUAZI MOHAMMAD REZWANUL AHSAN NAFIS,

    MOVANT,

CRIMINAL DOCKET NO. 12-720 (CBA)

V.

UNITED STATES OF AMERICA

    RESPONDENT,

---

**MOTION TO SUPPLEMENT PERSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

---

Comes NOW, Quazi Nafis, Pro-se, invoking this honorable Court under Federal Rule civil procedure 15(d) - Supplemental Pleadings. On motion and reasonal notice, the Court may, on just terms, permit a party to serve a supplemental setting out any transaction, occurance, or event that happened after the date of the pleading to be supplemented. The Court may permit supplemention even though the original pleading is defective in stating a claim or defence. The Court may order that the opposing party plead to the supplemental pleading within a specified time.

    The movant currently has a motion for compassionate release under 18 USC 3582(c)(i)(a)(i) in extraordinary and compelling circumstance pending in this Court. The movant has a risk assesment sheet that he would like to supplement to his pending compassionate release motion as an exibit. In good faith!

                                  Respectfully Submitted,
                                  /s/ Quazi Mohammad Nafis
                                  /d/ November 13, 2020

# MALE PATTERN RISK SCORING

| Register Number: | 81710-053 | Date: | 11/1/2020 |
|---|---|---|---|
| Inmate Name: | NAFIS, QUAZI MOHAMMAD | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age | > 60 | 0 | | 0 | |
|  | 51-60 | 7 | | 4 | |
| 26-29 | 41-50 | 14 | 28 | 8 | 16 |
| Click on gray dropdown box to select, then click on dropdown arrow | 30-40 | 21 | | 12 | |
|  | 26-29 | 28 | | 16 | |
|  | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction | No | 0 | 0 | 0 | 0 |
| No | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN) | No | 0 | 5 | 0 | 5 |
| Yes | Yes | 5 | | 5 | |
| 4. Criminal History Points | 0 - 1 Points | 0 | | 0 | |
| 0 - 1 Points | 2 - 3 Points | 8 | | 4 | |
|  | 4 - 6 Points | 16 | 0 | 8 | 0 |
|  | 7 - 9 Points | 24 | | 12 | |
|  | 10 - 12 Points | 32 | | 16 | |
|  | > 12 Points | 40 | | 20 | |
| 5. History of Escapes | None | 0 | | 0 | |
| None | > 10 Years Minor | 2 | 0 | 1 | 0 |
|  | 5 - 10 Years Minor | 4 | | 2 | |
|  | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence | None | 0 | | 0 | |
| None | > 10 Years Minor | 1 | | 1 | |
|  | > 15 Years Serious | 2 | | 2 | |
|  | 5 - 10 Years Minor | 3 | 0 | 3 | 0 |
|  | 10 - 15 Years Serious | 4 | | 4 | |
|  | < 5 Years Minor | 5 | | 5 | |
|  | 5 - 10 Years Serious | 6 | | 6 | |
|  | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score | Not Enrolled | 0 | | 0 | |
| HS Degree / GED | Enrolled in GED | -2 | -4 | -1 | -2 |
|  | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status | No DAP Completed | 0 | | 0 | |
| No Need | NRDAP Complete | -3 | -9 | -1 | -3 |
|  | RDAP Complete | -6 | | -2 | |
|  | No Need | -9 | | -3 | |
| 9. All Incident Reports (120 months) | 0 | 0 | | 0 | |
| 2 | 1 | 1 | 2 | 1 | 2 |
|  | 2 | 2 | | 2 | |
|  | > 2 | 3 | | 3 | |
| 10. Serious Incident Reports (120 months) | 0 | 0 | | 0 | |
| 0 | 1 | 2 | 0 | 2 | 0 |
|  | 2 | 4 | | 4 | |
|  | > 2 | 6 | | 6 | |
| 11. Time Since Last Incident Report | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 2 | 0 | 1 | 0 |
|  | 3-6 months | 4 | | 2 | |
|  | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 1 | 0 | 2 | 0 |
|  | 3-6 months | 2 | | 4 | |
|  | <3 | 3 | | 6 | |
| 13. FRP Refuse | NO | 0 | 0 | 0 | 0 |
| NO | YES | 1 | | 1 | |
| 14. Programs Completed | 0 | 0 | | 0 | |
| 4 - 10 | 1 | -2 | | -1 | |
|  | 2 - 3 | -4 | -6 | -2 | -3 |
|  | 4 - 10 | -6 | | -3 | |
|  | > 10 | -8 | | -4 | |
| 15. Work Programs | 0 Programs | 0 | | 0 | |
| 0 Programs | 1 Program | -1 | 0 | -1 | 0 |
|  | >1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | General: | 16 | Violent: | 15 |
| General/Violent Risk Levels | | General: | Low | Violent: | Low |
| OVERALL MALE PATTERN RISK LEVEL | | | Low | | |

Quazi Nafis
#81710-053
Federal Correctional Institution
P.O Box 725
Edgefield, SC 29824-0725
United States

Legal Mail

AUGUSTA GA 305
2020 PM 1 T

⇔81710-053⇔
Clerk Of Us District Court
Eastern District of NY
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States

Federal Prison
FU BU ⁓⁓
Edgefield SC 29824

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Initials __VP__  Date __10/3/20__