# Howard College

"Education ...For Learning, For Earning, For Life!

## CERTIFICATE OF COMPLETION

This is to certify that

### Quazi Nafis

has satisfactorily completed

## Intro to Plumbing Trades

CEU   *12.8*
Date:   *June 03, 2024*

_____
Instructor

© 2019 Great Papers

# Howard College

"Education ...For Learning, For Earning, For Life!

## CERTIFICATE OF COMPLETION

This is to certify that

### Quazi Nafis

has satisfactorily completed

### Basic Plumbing Skills

CEU    *4.0*
Date:   *June 11, 2024*

*Mack Hyatt*
Instructor

© 2019 Great Papers

Case 1:12-cr-00720-CBA   Document 69-1   Filed 06/25/25   Page 3 of 13 PageID #: 639

# Howard College

"Education ...For Learning, For Earning, For Life!

## CERTIFICATE OF COMPLETION

This is to certify that

### Quazi Nafis

has satisfactorily completed

## Plumbing Maintenance Skills

CEU **4.0**
Date: *June 20, 2024*

_Mark Hyatt_
Instructor

© 2019 Great Papers

Case 1:12-cr-00720-CBA    Document 69-1    Filed 06/25/25    Page 4 of 13 PageID #: 640

# Howard College

"Education ...For Learning, For Earning, For Life!

## CERTIFICATE OF COMPLETION

This is to certify that

### Quazi Nafis

has satisfactorily completed

## Residential Construction Plumbing I

**CEU**   *12.6*
**Date:**   *August 15,  2024*

_____
Instructor

© 2019 Great Papers

# Howard College

"Education ...For Learning, For Earning, For Life!

## CERTIFICATE OF COMPLETION

This is to certify that

### Quazi Nafis

has satisfactorily completed

## Plumbing Maintenance and Repairs

CEU    *12.8*
Date:    *July 19, 2024*

_Mark Hyatt_
Instructor

© 2019 Great Papers

# HOWARD COLLEGE

## — MAKING DREAMS REAL —

CERTIFICATE OF COMPLETION

This is to certify that

## *Quazi Nafis*

has satisfactorily completed

# Introduction to the Construction Industry

**WECM: CNBT 1001**
**CIP: 15.1001**
**Contact Hours: 80**
**CEU: 8**
**Date: October 09, 2024**

_____
Instructor

© 2019 Great Papers

# HOWARD COLLEGE

— MAKING DREAMS REAL —

## CERTIFICATE OF COMPLETION

This is to certify that

### Quazi Nafis

has satisfactorily completed

## Electrical

| WECM: ELPT 1021 | WECM: ELTN 1043 | WECM: ELPT 1029 | WECM: ELPT 1001 |
|---|---|---|---|
| CIP: 46.0301 | CIP: 46.0302 | CIP: 46.0301 | CIP: 46.0301 |
| Contact Hours: 64 | Contact Hours: 64 | Contact Hours: 64 | Contact Hours: 64 |
| CEU: 6.4 | CEU: 6.4 | CEU: 6.4 | CEU: 6.4 |
| Date: October 10, 2024 | Date: October 25, 2024 | Date: November 08, 2024 | Date: November 22, 2024 |

_____
Instructor

© 2019 Great Papers

Case 1:12-cr-00720-CBA   Document 69-1   Filed 06/25/25   Page 8 of 13 PageID #: 644

# HOWARD COLLEGE

— MAKING DREAMS REAL —

## CERTIFICATE OF COMPLETION

This is to certify that

## *Quazi Nafis*

has satisfactorily completed

# Commercial Housekeeping

**WECM: CHHS 1011**
**CIP: 19.0601**
**Contact Hours: 120**
**CEU: 12.0**
**Date: January 08, 2025**

**WECM: CHHS 1041**
**CIP: 19.0601**
**Contact Hours: 120**
**CEU: 12.0**
**Date: February 11, 2025**

_____
Instructor

© 2019 Great Papers





BASIC

# Quazi Nafis

has successfully fulfilled the requirements as a

## Basic Certified Custodial Technician

covering basic procedures in custodial/housekeeping operations set forth by the Cleaning Management Institute. This certification is hereby valid in **Customer Service, Chemistry of Cleaning, Cleaning of Above-Floor Surfaces, Cleaning of Hard Floor Surfaces, Cleaning of Carpeted Surfaces and Cleaning of Restrooms** and 12.5 continuing education units have been awarded under the standards set forth by the Cleaning Management Institute.

This certification expires two years from     **February 14, 2025**

**John H. Barrett** ISSA Executive Director

**Brant Insero** Chief Global Education Officer





# Nafis Quazi

has successfully fulfilled the requirements as a

## Advanced Certified Custodial Technician

covering basic procedures in custodial/housekeeping operations set forth by the Cleaning Management Institute. This certification is hereby valid in **Advance Cleaning of Above-Floor Surfaces, Advance Cleaning of Hard Floor Surfaces,** and **Advance Cleaning of Carpeted Surfaces** and has therefore earned 12.5 continuing education units under the standards set forth by Cleaning Management Institute.

This certification expires two years from    **March 10, 2025**

John H. Barrett ISSA Executive Director

Brant Insero Chief Global Education Officer

Case 1:12-cr-80720-CBA    Document 69-1    Filed 06/25/25    Page 11 of 13 PageID #: 647



**Building Careers.
Changing Lives.**

Hereby recognizes that

# Quazi Nafis

has successfully completed the HBI Pre-Apprenticeship Certificate Training (PACT) based on the National Association of Home Builders Residential Construction Standards.

## Level: CORE
## Date Achieved: 10/15/2024

Edward P. Brady
President & CEO

Jim Tobin
NAHB President & CEO

Partnering with
**National Association of Home Builders**

© 2019 Great Papers



## Building Careers.
## Changing Lives.

Hereby recognizes that

# Quazi Nafis

has successfully completed the HBI Pre-Apprenticeship Certificate Training (PACT) based on the National Association of Home Builders Residential Construction Standards.

## Level: Electrical
## Date Achieved: 11/15/2024

Edward P. Brady
President & CEO

Jim Tobin
NAHB President & CEO

Partnering with
**National Association of Home Builders**



# CERTIFICATE
## OF APPRECIATION

### THIS CERTIFICATE IS PRESENTED TO:

*Quazi Mohammad Nafis*

in recognition of your hard work and dedication to the Literacy Program
at FCI Big Spring

*L. Sullivan*
**Supervisor of
Education**

*C. Garcia*
**Literacy Coordinator**

Case 1:12-cr-00720-GBA    Document 69-1    Filed 06/25/25    Page 13 of 13 PageID #: 649